UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Mark Anthony Nunnery Jr.**                    **Docket No. 7:20-CR-137-3M**

### Petition for Action on Supervised Release

COMES NOW Kristyn Super, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Mark Anthony Nunnery Jr., who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 50 Grams or More of Methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A), and Distribution of 5 Grams or More of Methamphetamine and Aiding and Abetting, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 18 U.S.C. § 2, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on June 16, 2021, to the custody of the Bureau of Prisons for a term of 70 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Mark Anthony Nunnery Jr. was released from custody on December 19, 2025, at which time the term of supervised release commenced.

On April 16, 2026, a Violation Report was approved by the court after the defendant was charged with the offense of Failure to Stop at the Scene of a Crash by the Cape Carteret Police Department in Carteret County, North Carolina. That charge remains pending in Carteret County District Court (26CR2372-150).

On April 30, 2026, a Petition for Action was approved by the court addressing U.S. v. McLaurin. At that time, the court ordered that the defendant be subject to the mandatory conditions that were imposed at sentencing, the standard conditions, as referenced in the current standing order for the Eastern District of North Carolina, and special conditions imposed by the court.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On June 9, 2026, the defendant submitted to a urinalysis, which was confirmed as positive for marijuana by Abbott Laboratories on June 16, 2026. The defendant admitted to the use of marijuana prior to the submission of the screening and stated that he used because he has been struggling with anxiety. It was confirmed that his substance abuse counselor was working on a referral for mental health treatment, which will include outpatient therapy, a psychiatric evaluation, and medication monitoring. Notably, his clinician has struggled with finding local mental health providers that can provide all the defendant's needs in an expeditious manner. In speaking with the defendant about these referrals, he agreed that should these difficulties continue, he will seek assistance from a contract treatment provider. As such, it is respectfully recommended that the conditions of supervised release be modified to include mental health treatment so that the U.S. Probation Office can assist with the facilitation of programming if needed.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

**Mark Anthony Nunnery Jr.**
**Docket No. 7:20-CR-137-3M**
**Petition For Action**
**Page 2**

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kristyn Super
Kristyn Super
Senior U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5104
Executed On: July 2, 2026

## ORDER OF THE COURT

Considered and ordered this ___7th___ day of ___July___, 2026, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge